No. 87–912.   KINZLI ET AL. *v.* CITY OF SANTA CRUZ.   C. A. 9th Cir.   Certiorari denied.

No. 87–914.   ZERNICEK *v.* PETROLEOS MEXICANOS.   C. A. 5th Cir.   Certiorari denied.

No. 87–926.   PAGE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir.   Certiorari denied.

No. 87–931.   PROUD *v.* GREYCAS, INC.   C. A. 7th Cir.   Certiorari denied.   Reported below: 826 F. 2d 1560.

No. 87–934.   DESHIELDS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. Fed. Cir.   Certiorari denied.

No. 87–935.   ALABAMA *v.* FORTIER.   Ct. Crim. App. Ala. Certiorari denied.

No. 87–936.   WITTEMAN *v.* JACK BARRY CABLE TV.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 87–939.   DORNER ET UX. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–955.   PICKNEY *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–973.   NATION *v.* GEORGIA ET AL.   C. A. 11th Cir. Certiorari denied.

No. 87–974.   PARLOR FURNITURE OF HICKORY, INC. *v.* MILLER.   Ct. App. N. C.   Certiorari denied.

No. 87–989.   XANADU OF COCOA BEACH, INC. *v.* ZETLEY. C. A. 11th Cir.   Certiorari denied.

No. 87–995.   SHILLING *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 87–1004.   BROBST ET AL. *v.* COLUMBUS SERVICES INTERNATIONAL.   C. A. 3d Cir.   Certiorari denied.